**UNITED STATES of America v. Alfred P. CRAM.**

No. 1608.

Circuit Court of Appeals, Tenth Circuit.

Sept. 22, 1937.

R. T. McCluggage, Asst. U. S. Atty., of Topeka, Kan.

Erskine Wyman, of Hutchinson, Kan., for appellee.

Before BRATTON and WILLIAMS, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. R. E. FLOYD, Appellee.**

No. 4159.

Circuit Court of Appeals, Fourth Circuit.

March 22, 1937.

George I. Neal, U. S. Atty., of Huntington, W. Va., and Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va.

George R. C. Wiles, of Charleston, W. Va., for appellee.

PER CURIAM.

Case entered dismissed under rule 20 in accordance with agreement of counsel.

**UNITED STATES of America v. C. E. FOSTER.**

No. 1565.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1937.

Chester A. Brewer, Asst. U. S. Atty., of Tulsa, Okl.

Richard L. Wheatley, of Vinita, Okl., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellee, v. Howard H. KINNER, Appellant.**

No. 442.

Circuit Court of Appeals, Second Circuit.

July 26, 1937.

Joseph H. Wackerman, of Brooklyn, N. Y. (Otho S. Bowling, of New York City, of counsel), for appellant.

Vine H. Smith, of Brooklyn, N. Y., for appellant.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.